IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLES CARTER and RAEANN
CARTER,

        Plaintiffs,

v.                                      Case Number: 5:19-cv-00284-JPB

TRISTAR PRODUCTS, INC. and KOHL'S
CORPORATION,

        Defendants.

## AFFIDAVIT OF PATRICK C. BOOTH, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

    I, Patrick C. Booth, Esq., hereby declare under oath as follows:

1. I am an attorney and partner at Chaffin Luhana LLP, which represents Plaintiffs in the above-captioned matter.

2. A true and complete copy of Plaintiffs' Complaint in the above-captioned matter is attached hereto as Exhibit A.

3. A true and complete copy of the Plaintiffs' First Set of Document Requests and Interrogatories to Defendant Tristar in the above-captioned matter is attached hereto as Exhibit B.

4. A true and complete copy of Plaintiffs' First Set of Document Requests and Interrogatories to Defendant Kohls in the above-captioned matter is attached hereto as Exhibit C.

5. A true and complete copy of Notice of Class Action Settlement in *Chapman et al v. Tristar Products, Inc*., Case No. 16-cv-01114 (N.D. Ohio), dated March 28, 2018, in the above-captioned matter is attached hereto as Exhibit D.

6. A true and complete copy of Defendant Tristar's Responses to Plaintiff's First Set of Interrogatories and Document Requests in the above-captioned matter is attached hereto as Exhibit E.

7. A true and complete copy of Defendant Kohls Responses to Plaintiff's First Set of Interrogatories and Document Requests in the above-captioned matter is attached hereto as Exhibit F.

8. A true and complete copy of a February 19, 2020 Letter in the above-captioned matter is attached hereto as Exhibit G.

9. A true and complete copy of a February 20, 2020 Letter in the above-captioned matter is attached hereto as Exhibit H.

10. A true and complete copy of a March 6, 2020 Letter in the above-captioned matter is attached hereto as Exhibit I.

11. A true and complete copy of a March 12, 2020 Letter in the above-captioned matter is attached hereto as Exhibit J.

12. A true and complete copy of a March 27, 2020 Letter in the above-captioned matter is attached hereto as Exhibit K.

13. A true and complete copy of an additional March 27, 2020 Letter in the above-captioned matter is attached hereto as Exhibit L.

14. A true and complete copy of a May 4, 2020 Email in the above-captioned matter is

attached hereto as <u>Exhibit M</u>.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 6th DAY OF MAY, 2020.

<u>s/ Patrick C. Booth</u>
Patrick C. Booth, Esq.
**CHAFFIN LUHANA LLP**
3200 Main Street
Weirton, WV 26062
Phone: (888) 480-1123
Fax: (888) 499-1123

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that I caused the foregoing document to be served on the counsel of record below *via* the Court's ECF system and electronic mail on May 6, 2020.

                                              s/ Steven D. Cohn
                                              Steven D. Cohn


Jeffrey A. Holmstrand, Esq.
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia 26003
jholmstrand@ghdlawfirm.com


Thaddeus J. Hubert, IV, Esq.
GOLDBERG SEGALLA
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587
Thubert@goldbergsegalla.com

*Counsel for Defendant Tristar Products, Inc. and Kohl's Corporation*