# Exhibit K



Thaddeus J Hubert, IV | Associate
Direct 609.986.1386 | Thubert@goldbergsegalla.com

March 27, 2020

**VIA EMAIL**

Mr. Steven Cohn, Esq.
ChaffinLuhana
600 Third Avenue
12th Floor
New York, New York 10016

Re: Charles Carter, Jr. and RaeAnn Carter v. Tristar Products, Inc. et al. No. 5:19-cv-00284-FPS

Dear Mr. Cohn:

I write in response to your March 12, 2020 correspondence regarding the scope and extent of discovery Tristar agrees to produce following our meet and confer. Tristar agrees to provide information related to the subject pressure cooker, model number PPC780 and information related to model number PPC770 and 790 as these models are similar to the PPC780.

The information for the PPC770, 780 and 790 will include communications Tristar has had with companies and/or other organizations regarding safety, manufacturing, design and marketing and patent/trademark information related to lid design and safety.

Tristar will provide information sought in Plaintiff's interrogatory number 1 and document production request number 6, which both relate to Tristar's ownership information.

With respect to Plaintiff's interrogatory number 9, which requests Tristar identify all pressure cookers produced by other manufacturers that have a similar purpose as the PPC780 and provide the date of manufacture and explain "the precise differences" between these other pressure cookers, Tristar does not control information from other manufacturers and cannot respond to this request. Further, Tristar does not know the dates of manufacture of all other pressure cookers on the market and does not know the "precise differences" between other manufacturers cookers and Tristar's pressure cookers.

Please contact me at your earliest convenience so that we may discuss the period of time Plaintiff seeks for the information Tristar has agreed to provide and finalize any other issues related to the scope and extent of the discovery.

**Please send mail to our scanning center at: P.O. Box 580, Buffalo, NY 14201**

**Office Location:** 301 Carnegie Center, Suite 200, Princeton, NJ 08540-6587 | 609-986-1300 | Fax: 609-986-1301 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA | UNITED KINGDOM
25936073.v1

March 27, 2020
Page 2

                                      Very truly yours,

                                      */s Ted Hubert, IV*
                                      Thaddeus J Hubert, IV

TJH:

Cc: Jeffrey A. Holmstrand, Esq.

25936073.v1