# Exhibit L



**600 THIRD AVENUE, 12th FLOOR**
**NEW YORK, NEW YORK 10016**
Toll Free: (888) 480-1123
Fax: (888) 499-1123
www.ChaffinLuhana.com

March 27, 2020

<u>*Sent Via E-mail*</u>
Thaddeus J. Hubert, IV, Esq.
Goldberg Segalla
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587
Thubert@goldbergsegalla.com

   Re: *Charles Carter, Jr. and RaeAnn Carter v. Tristar Products, Inc. et al.*
     No. 5:19-cv-00284-FPS

Dear Ted:

  I write in response to your March 27, 2020 letter, written in response to Plaintiffs' March 12, 2020 letter, following up on our March 10, 2020 telephonic meet and confer regarding Defendant Tristar Products, Inc.'s ("Tristar") and Defendant Kohl's Corporation ("Kohls") written discovery produced to date, as detailed in Plaintiffs' February 19-20, 2020 discovery deficiency letters.

  We understand from your March 27 letter that Tristar has now agreed to produce certain limited discovery for Tristar pressure cooker models PPC 770, 780, and 790 only, for a limited time period. As to the time period for production of this discovery, as stated in Plaintiffs' Interrogatories and Document Requests to Defendants (*see* definition of relevant time period), please produce discovery from January 1, 2008 to present.

  As to all other discovery issues not addressed in your March 27 letter, and as detailed in Plaintiffs' February 19-20, 2020 letters, including, *inter alia*, discovery on all other Tristar pressure cooker models besides the limited discovery on the three models identified above, the parties are at an impasse, and will seek appropriate relief from the Court.

          Sincerely,

          s/ Steven D. Cohn

          Steven D. Cohn

cc: Jeffrey A. Holmstrand, Esq.
   Eric T. Chaffin, Esq.

---

*New York Office:*    *Pittsburgh Office:*    *West Virginia Office:*
600 Third Ave., 12th Floor    615 Iron City Drive    3200 Main St.
New York, NY 10016    Pittsburgh, PA 15205    Weirton, WV 26062