# Exhibit M

## Steven Cohn

| | |
|---|---|
| **From:** | Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com> |
| **Sent:** | May 04, 2020 10:48 AM |
| **To:** | Steven Cohn |
| **Subject:** | RE: Carter v Tristar et al |

Steve,

I spoke with my client and believe we are at an impasse.  I suggest you file your motion.

**From:** Steven Cohn <cohn@chaffinluhana.com>
**Sent:** Tuesday, April 28, 2020 11:59 AM
**To:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Subject:** RE: Carter v Tristar et al

**ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.**

Thanks

**From:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Sent:** April 28, 2020 11:54 AM
**To:** Steven Cohn <cohn@chaffinluhana.com>
**Subject:** RE: Carter v Tristar et al

sure

**From:** Steven Cohn <cohn@chaffinluhana.com>
**Sent:** Tuesday, April 28, 2020 11:53 AM
**To:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Cc:** Steven Cohn <cohn@chaffinluhana.com>
**Subject:** RE: Carter v Tristar et al

**ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.**

Ted, actually can we change our call to 3pm on Thursday?

**From:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Sent:** April 28, 2020 10:01 AM
**To:** Steven Cohn <cohn@chaffinluhana.com>
**Subject:** Re: Carter v Tristar et al

Yes.

Sent from my iPad

On Apr 28, 2020, at 10:01 AM, Steven Cohn <cohn@chaffinluhana.com> wrote:

1