IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLES CARTER and RAEANN CARTER,

        Plaintiffs,

v.          Case Number: 5:19-cv-00284-JPB

TRISTAR PRODUCTS, INC. and KOHL'S CORPORATION,

        Defendants.

### PLAINTIFFS' STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37 AND LOCAL CIVIL RULE 37.02 IN SUPPORT OF PLAINTIFFS' <u>MOTION TO COMPEL</u>

    I, Steven D. Cohn, Esq., hereby certify that the parties have conferred in good faith as required by Federal Rule of Civil Procedure 37, as follows:

1. On February 19, 2020, Plaintiffs' counsel wrote to Defendant Tristar Products, Inc.'s ("Tristar") counsel regarding specific discovery deficiencies.

2. On February 20, 2020, Plaintiffs' counsel wrote to Defendant Kohls Corporation's ("Kohls") counsel regarding specific discovery deficiencies.

3. On March 6, 2020, Defendants' counsel responded *via* letter to Plaintiffs' counsel's letter regarding Defendants' objections to producing the requested discovery.

4. On March 10, 2020, the parties met and conferred *via* telephone regarding Defendants' objections to producing the requested discovery.

5. On March 27, 2020, Defendants' counsel responded *via* letter to Plaintiffs' counsel regarding the requested discovery.

6. On March 27, 2020, Plaintiffs' counsel wrote to Defendants' counsel regarding the requested discovery.

7. On March 30, 2020, Defendants' counsel emailed Plaintiffs' counsel regarding the requested discovery.

8. On March 31, 2020, Plaintiffs' counsel responded to Defendants' counsel email regarding the requested discovery.

9. On April 16, 2020, the parties attended a discovery conference before the Court, and were ordered to continue to meet and confer. The Court further ordered that if the parties could not reach a resolution by May 1, 2020, Plaintiffs may file their motion to compel discovery.

10. On April 30, 2020, the parties met and conferred *via* telephone regarding Defendants' objections to producing the requested discovery.

11. On May 4, 2020, Defendants' counsel emailed Plaintiffs' counsel and confirmed that the parties were at an impasse and could not reach a resolution of the discovery dispute.

12. Based on the above, the parties have sufficiently met and conferred regarding the discovery requested in Plaintiffs' Motion to Compel.

**PLAINTIFFS' LOCAL CIVIL RULE 37.02 REQUESTS AND INTERROGATORIES AT ISSUE**

As stated in detail in Plaintiffs' Motion to Compel Defendants to Produce Discovery, responsive discovery to the below should be produced pursuant to Fed. R. Civ. P. 26(b)(1). Given the voluminous number of Interrogatories and Document Requests at issue, the pertinent Interrogatories and Document Requests, and Defendants' responses thereto, have been attached as Exhibits B, C, E, F to the Affidavit of Patrick C. Booth, Esq.

At issue:

1. Plaintiffs' Interrogatories to Defendant Tristar, Nos. 2, 3, 7, 8, 10-12, 14-20.

2. Plaintiffs' Document Requests to Defendant Tristar, Nos. 1-5, 7-37, 42-47, 49-54, 56-66.

3.     Plaintiffs' Interrogatories to Defendant Kohls, Nos. 3, 9, 11, 15, 16.

4.     Plaintiffs' Document Requests to Defendant Kohls, Nos. 5, 12, 13.

Dated: May 6, 2020

s/Steven D. Cohn
Steven D. Cohn, Esq.,
Admitted *Pro hac vice*
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, New York 10016
Tel.: (347) 269-4465
Fax: (888) 499-1123
cohn@chaffinluhana.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I certify that I caused the foregoing document to be served on the counsel of record below *via* the Court's ECF system and electronic mail on May 6, 2020.

                                                    s/ Steven D. Cohn
                                                    Steven D. Cohn


Jeffrey A. Holmstrand, Esq.
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia 26003
jholmstrand@ghdlawfirm.com


Thaddeus J. Hubert, IV, Esq.
GOLDBERG SEGALLA
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587
Thubert@goldbergsegalla.com

*Counsel for Defendant Tristar Products, Inc. and Kohl's Corporation*