# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLES CARTER and
RAEANN CARTER,

      Plaintiffs,

v.                                          Case Number No. 5:19-cv-00284-JPB

TRISTAR PRODUCTS, INC.
and KOHL'S CORPORATION,

      Defendants.

## **DECLARATION OF ALEJANDRO G. LOZANO**

      I, Alejandro G. Lozano, hereby testifies as follows:

1. I am employed by Tristar Products, Inc. I have been employed by Tristar since 2007.

2. My title at Tristar is Director of Product Development. One of my duties at Tristar includes reviewing samples of pressure cookers provided by our manufacturers and sending those samples to third party labs for compliance with safety standards, including UL.

3. Based upon my duties at Tristar, I am familiar with the design and manufacture of Tristar pressure cookers. This includes the design of the lid and other features that are utilized to prevent the lid from releasing while the pressure cooker is still pressurized.

4. Tristar began distributing pressure cookers in 2013. Tristar does not manufacture or design pressure cookers.

5. I have reviewed Plaintiffs' complaint and motion to compel and am familiar with the allegations in this case. I am aware that the PPC780 is the model at issue in this litigation. The PPC770, PPC770-1, PPC780P and PPC790 are identical to the PPC780 other than their size.

6. I am also familiar with the claims in the *Chapman* case.

7. The *Chapman* case involved 19 pressure cookers and I have reviewed the Notice of Settlement, which lists the pressure cookers at issue in *Chapman*.

8. Tristar currently makes two additional pressure cookers models that are not included on the Notice of Settlement: the Power Quick Pot and the Power Air Pressure and Air Fryer.

9. Tristar pressure cookers do share some of the same design features, but also have various differences related to lid design and safety.

10. All Tristar pressure cookers have a locking pin, strike plate and float valve that are intended lock the lid in place and prevent the lid from being removed while the cooker is pressurized.

12. The PPC780, PPC780P, PPC770, PPC770-1 and PPC790 have the same lid design as the other models listed on the Chapman Notice of Settlement except for the PPC771, PPC772, PPC773 and PPC772P. The Power Quick Pot and the Power Air Pressure and Air Fryer also have different designs from the PPC780, PPC780P PPC770, PPC770-1 and PPC790.

13. The PPC771, PPC772, PPC773 and PPC772P have three distinct design characteristics related to the lid locking mechanism. First, a red pressure indicator is on the top of the pressure cooker.

14. When the red pressure indicator is in the "up" position and is visible to the user that means cooker is still pressurized and the lid should not be removed. When the pressure indicator is in the "down" position, the cooker is no longer pressurized and it is safe to remove the lid.

15. Second, these models also have writing on the top of the pressure cooker that indicates what position the lid must be in to be either "locked," "closed" or "open."

16. Third, the PPC 771, PPC772, PPC773 and PPC772P have a magnetic sensor that is able to determine whether the lid is properly secured. If the lid is not properly secured, the LED display will state "LID" and a beeping sound will occur notifying the user that the lid is not properly secure.

17. The Power Quick Pot and the Power Air Pressure and Air Fryer also have a magnetic sensor that is able to determine whether the lid is properly secured. If the lid is not properly secured, the LED display will state "LID" and a beeping sound will occur notifying the user that the lid is not properly secure.

18. The Power Quick Pot and the Power Air Pressure and Air Fryer have a steam release switch that other Tristar pressure cookers do not have. This switch allows steam to be vented without having to manually open the steam release valve.

19. Tristar began selling the PPC780 on approximately March 24, 2015.

20. Tristar began selling the PPC770 on approximately June 27, 2014.

21. Tristar began selling the PPC790 on approximately September 11, 2015.

22. Tristar began selling the PPC770-1 in approximately June 2014

24. Tristar began selling the PPC780P in approximately June 2014.

23. Tristar began selling the PPC771, PPC772, PPC773 and PPC772P all in the first quarter of 2017.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2020.

Dated: May 19, 2020                        By: _____

                                                                          Alejandro G. Lozano