# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLES CARTER and
RAEANN CARTER,

    Plaintiffs,

v.                                                                                          Case Number No. 5:19-cv-00284-JPB

TRISTAR PRODUCTS, INC.
and KOHL'S CORPORATION,

    Defendants.

## **DECLARATION OF GEOVANNY URGILES**

I, Geovanny Urgiles, hereby testifies as follows:

1. I am employed by Tristar Products, Inc. I have been employed by Tristar since 2004.

2. My title at Tristar is IT Manager. My duties include, among other things, responding to litigation document requests from counsel.

3. I have personal knowledge of the information in this certification.

4. At the request of counsel, I searched the following search terms across seven custodians: claims, litigation, cooker, design, and power pressure.

5. The search returned 202,382 document hits which is approximately 121 gigabytes of data.

6. Our New Jersey facility is presently closed due to statewide COVID-19 restrictions, and our internal document management systems and network drives cannot be searched until we regain access to the building.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of May, 2020.

Dated: May 19, 2020

By: _____
Geovanny Urgiles

IMANAGE\15817\0001\26415578.v1-5/18/20