IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLES CARTER and RAEANN CARTER,

        Plaintiffs,

v.                              Case Number: 5:19-cv-00284-JPB

TRISTAR PRODUCTS, INC. and KOHL'S CORPORATION,

        Defendants.

### AFFIDAVIT OF PATRICK C. BOOTH, ESQ. IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO COMPEL DEFENDANT TRISTAR PRODUCTS, INC. TO <u>PRODUCE DISCOVERY</u>

I, Patrick C. Booth, Esq., hereby declare under oath as follows:

1. I am an attorney and partner at Chaffin Luhana LLP, which represents Plaintiffs in the above-captioned matter.

2. A true and complete copy of Plaintiffs' Complaint in the above-captioned matter is attached hereto as <u>Exhibit A</u>.

3. A true and complete copy of Plaintiffs' First Set of Document Requests and Interrogatories to Defendant Tristar in the above-captioned matter is attached hereto as <u>Exhibit B</u>.

4. A true and complete copy of Plaintiffs' Second Set of Document Requests and Interrogatories to Defendant Tristar in the above-captioned matter is attached hereto as <u>Exhibit C</u>.

5. A true and complete copy of Tristar's Responses to Plaintiffs' First Set of Document Requests and Interrogatories to Defendant Tristar in the above-captioned matter is attached hereto as <u>Exhibit D</u>.

6. A true and complete copy of Tristar's Responses to Plaintiffs' Second Set of Document Requests and Interrogatories to Defendant Tristar in the above-captioned matter is attached hereto as <u>Exhibit E</u>.

7. A true and complete copy of a November 3, 2020 Letter in the above-captioned matter is attached hereto as <u>Exhibit F</u>.

8. A true and complete copy of a December 3, 2020 Letter in the above-captioned matter is attached hereto as <u>Exhibit G</u>.

9. A true and complete copy of a January 8, 2021 Letter in the above-captioned matter is attached hereto as <u>Exhibit H</u>.

10. A true copy of an email between the parties in the above-captioned matter is attached hereto as <u>Exhibit I</u>.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 18th DAY OF MARCH, 2021.

<u>s/ Patrick C. Booth</u>
Patrick C. Booth, Esq.
**CHAFFIN LUHANA LLP**
3200 Main Street
Weirton, WV 26062
Phone: (888) 480-1123
Fax: (888) 499-1123

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

      I certify that I caused the foregoing document to be served on the counsel of record below *via* the Court's ECF system on March 18, 2021.

                                        s/ Steven D. Cohn
                                        Steven D. Cohn

Jeffrey A. Holmstrand, Esq.
GROVE, HOLMSTRAND & DELK, PLLC
44 ½ 15th Street
Wheeling, West Virginia 26003
jholmstrand@ghdlawfirm.com

Thaddeus J. Hubert, IV, Esq.
GOLDBERG SEGALLA
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587
Thubert@goldbergsegalla.com

*Counsel for Defendant Tristar Products, Inc. and Kohl's Corporation*