# Exhibit G



**600 THIRD AVENUE**
**12TH FLOOR**
**NEW YORK, NEW YORK 10016**

TOLL FREE: (888) 480-1123
FAX: (888) 499-1123
www.ChaffinLuhana.com

December 3, 2020

<u>**Sent Via Email**</u>
Jeffrey A. Holmstrand, Esq.
Grove, Holmstrand & Delk, PLLC
44 ½ 15th Street
Wheeling, West Virginia 26003
jholmstrand@ghdlawfirm.com

Thaddeus J. Hubert, IV, Esq.
Goldberg Segalla
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587
Thubert@goldbergsegalla.com

      Re:    *Charles Carter, Jr. and RaeAnn Carter v. Tristar Products, Inc. et al.*
               *No. 5:19-cv-00284-FPS*

Dear Ted:

     I write to follow up on Plaintiffs' November 3, 2020 letter regarding certain outstanding discovery matters as outlined below. As follow up, please see the below:

1. **<u>Information Stating Which Produced Documents are Responsive to Propounded Interrogatories</u>**: You stated that you would provide this information by November 2, 2020. To date, you have not produced this information. Please produce this information as stated or we will have to come to compel.

2. **<u>Expert Depositions and Reports from Previous Litigation</u>**: You have not responded to Plaintiffs' previous requests that Tristar produce expert depositions and reports from previous litigations involving Tristar's Pressure Cookers. Again, such discovery is not only easily obtainable and proportional to the needs of this case, but such discovery will show or eliminate pressure cooker defects which are directly related to Plaintiffs' claims, and Tristar's knowledge and understanding of such defects. Accordingly, if Tristar does

---

*New York Office:*                        *Pittsburgh Office:*                     *West Virginia Office:*
600 Third Ave., 12th Floor            615 Iron City Drive                   3200 Main St.
New York, NY 10016                  Pittsburgh, PA 15205                Weirton, WV 26062

DECEMBER 3, 2020
PAGE | 2

not produce such discovery by December 18, 2020, we will have no choice but to move to compel.

As always, please let us know if you have any questions regarding the above.

Sincerely,

s/ Steven D. Cohn

Steven Cohn

cc:    Patrick C. Booth, Esq.