# Exhibit H



**600 THIRD AVENUE**
**12TH FLOOR**
**NEW YORK, NEW YORK 10016**

TOLL FREE: (888) 480-1123
FAX: (888) 499-1123
www.ChaffinLuhana.com

January 8, 2021

<u>**Sent Via Email**</u>
Jeffrey A. Holmstrand, Esq.
Grove, Holmstrand & Delk, PLLC
44 ½ 15th Street
Wheeling, West Virginia 26003
jholmstrand@ghdlawfirm.com

Thaddeus J. Hubert, IV, Esq.
Goldberg Segalla
301 Carnegie Center Drive, Suite 200
Princeton, NJ 08540-6587
Thubert@goldbergsegalla.com

    Re: *Charles Carter, Jr. and RaeAnn Carter v. Tristar Products, Inc. et al.*
      **No. 5:19-cv-00284-FPS**

Dear Ted:

 I write in response to your December 14, 2020 letter regarding discovery, and to follow up on Plaintiff's December 3, 2020 letter regarding certain discovery as outlined below. As follow up, please see the below:

1. **Photographs of the Subject Incident Area and of the Subject Pressure Cooker**: Please find attached, as requested, photographs showing the Subject Incident area and additional photographs of the Subject Pressure Cooker, documents bates stamped Carter_137-142. The subject countertop where the Subject Pressure Cooker was located is approximately 36 inches from the floor. To the extent you require additional photographs of the Subject Pressure Cooker, please advise and we will provide those.

2. **Subject Pressure Cooker Manual**: Plaintiffs are unable to locate the manual that accompanied the Subject Pressure Cooker at this time. If Plaintiffs are able to locate the Subject User's Manual, we will provide that to you.

*New York Office:*        *Pittsburgh Office:*        *West Virginia Office:*
600 Third Ave., 12th Floor      615 Iron City Drive        3200 Main St.
New York, NY 10016       Pittsburgh, PA 15205       Weirton, WV 26062

3. **Prior Tristar Trial or Deposition Transcripts**: The only responsive trial or deposition transcripts that Plaintiffs' counsel may have would be publicly available transcripts obtained on PACER. To the extent we are in possession of such transcripts (or obtain other responsive transcripts), we will produce them.

4. **Tax Returns**: We are in the process of collecting responsive tax returns and will produce those returns to you upon receipt.

5. **Produced Documents**: To clarify, we have produced all responsive, non-privileged documents currently in our possession. To the extent we obtain and/or locate additional responsive, non-privileged documents, we will produce such documents.

6. **Expert Inspection of the Subject Pressure Cooker**: We are still considering your request to ship the Subject Pressure Cooker to Illinois -please provide us with a draft protocol for such a shipment and inspection.

7. **Depositions**: Please provide us with available dates in February for Tristar's 30(b)(6) deposition and the deposition of Matt Fisher.

8. **Expert Depositions and Reports from Previous Litigation**: You have not responded and agreed to Plaintiffs' requests that Tristar produce expert depositions and reports from previous litigations involving Tristar's Pressure Cookers. As such, it is now ripe to bring this matter to the Court. I have attached a draft Joint Motion requesting a discovery conference via phone. Please let us know if you have any edits or if we may file the Joint Motion.

9. **Motion to Waive the Appearance of Local Counsel at the Depositions**: Per your previous request, we are fine with a Joint Motion to Waive the Appearance of Local Counsel at Depositions. Please send us a draft motion.

As always, please let us know if you have any questions regarding the above.

Sincerely,

s/ Steven D. Cohn

Steven Cohn

Encls.

cc: Patrick C. Booth, Esq.