# Exhibit I

**DIRECT** 609.986.1386  |  **EXT** 5786  |  **FAX** 609.986.1301  |  **MOBILE** 609.480.2228

Thubert@goldbergsegalla.com   |   Biography

**goldbergsegalla.com**

Goldberg Segalla LLP

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

---

**From:** Steven Cohn <cohn@chaffinluhana.com>
**Sent:** Tuesday, February 23, 2021 5:43 PM
**To:** Hubert IV, Thaddeus J. (Ted) <Thubert@goldbergsegalla.com>
**Cc:** Jeff Holmstrand <jholmstrand@ghdlawfirm.com>; Patrick Booth <booth@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>; Steven Cohn <cohn@chaffinluhana.com>
**Subject:** Cater v. Tristar et al

> **ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.**

Ted,

I write to follow up on some outstanding issues in this matter per below:

1. I have attached a draft Joint Motion to Amend the Scheduling Order and a Proposed Order.  Please let us know if the Motion is agreeable and if we can add your signature, and we will then file.
2. I noticed that we don't seem to have an Exhibit A to our Protective Order (even though the Order references an Exhibit A).  I have attached a draft Exhibit A.  Please let us know if that is agreeable and we can just use that as Exhibit A.
3. Per our conference with the Court from last week, before we file our motion to compel regarding expert reports/testimony, please let us know fi there is anything further we need to discuss.
4. Please let us know some available dates for the 30b6 deposition and the Fisher deposition.  Please also let us know who Tristar's 30b6 representative(s) will be.
5. Please let us know the status of the privilege log.

Thanks,
Steve

Steven D. Cohn
Attorney

CHAFFIN LUHANA LLP
www.ChaffinLuhana.com

New York, New York
600 Third Ave., 12th Floor
New York, New York 10016
Toll Free Telephone: (888) 480-1123
Toll Free Fax: (888) 499-1123
Direct Dial: 347-269-4465

Pittsburgh, Pennsylvania
615 Iron City Drive
Pittsburgh, PA 15205

Weirton, West Virginia (by appointment only):
3200 Main St.
Weirton, WV 26062

CONFIDENTIALITY NOTE: This E-mail message contains information belonging to Chaffin Luhana LLP and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please E-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.