IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLES CARTER and RAEANN CARTER,

        Plaintiffs,

v.                        Case Number: 5:19-cv-00284-JPB

TRISTAR PRODUCTS, INC. and KOHL'S CORPORATION,

        Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL DEFENDANT TRISTAR PRODUCTS, INC. TO PRODUCE DISCOVERY

THIS CAUSE having come before the Court on Plaintiffs' Second Motion to Compel Defendant Tristar Products, Inc. ("Tristar") to Produce Discovery, filed with this Court on March 18, 2021 (ECF No. _____), and this Court being fully advised, it is **ORDERED AND ADJUDGED** that:

1. Plaintiffs' Motion to Compel Defendant Tristar to Produce Discovery is hereby **GRANTED**.

2. Defendant Tristar shall produce within ten (10) days all responsive discovery to Plaintiffs' First Set of Document Requests, Nos. 12, 23, and Plaintiffs' Second Set of Document Requests, No. 4. Such discovery that Defendant Tristar must produce includes any and all expert reports and related expert testimony from other Tristar pressure cooker personal injury cases, regardless of pressure cooker model.

The Clerk is directed to transmit a copy of the order to all counsel of record herein.

**DONE AND ORDERED** in Chambers this ___ day of April, 2021.

                                                                                                                                            _____
                                                                                                                                            The Honorable James P. Mazzone
                                                                                                                                            United States Magistrate Judge